Michael P. Malakoff, P.C.

| | | |
|---|---|---|
| Telephone<br>(412) 281-4217 | Attorney at Law<br>437 Grant Street<br>Suite 200, The Frick Building<br>Pittsburgh, Pennsylvania 15219 | Fax<br>(412) 281-3262 |

September 16, 2015

Marcia M. Waldron, Clerk
Office of the Clerk
United States Court of Appeals for the Third Circuit
U.S. Courthouse, 601 Market Street
Room 21400
Philadelphia, PA 19106

> RE:  Glover v. Wells Fargo Home Mortgage, et al.
>          No. 14-4829

Dear Ms. Waldron,

     Glover retained an expert, Irv Ackelsberg, to testify at the class hearing. <u>See</u> A2011. Ackelsberg testified to the standardization of Pennsylvania mortgage form contracts; standardization required by securitization. Said standardization resulted in virtually identical provisions throughout the mortgage contracts of the Homeowner class. A2016; A2209-A2210. This testimony went toward establishing common questions across the class with respect to contractual issues. Nevertheless, the following dialog between the Magistrate and Glover's co-counsel, Joseph Decker, occurred during the class hearing.

> THE COURT: Okay. I think, knowing the history of this case, obviously, we need the record for the next appeal, but I would go along with the motion to strike his testimony. I don't think it is of any aid to the Court in the resolution of the issues before the Court. So we'll --
> MR. DECKER: May I address that, Your Honor?
> THE COURT: No. I've ruled.

A2046.

     Thereafter, the Magistrate issued an R&R, finding that Glover failed to develop a sufficient class record and denied the class. A2095. Glover timely objected because, in part, the Magistrate failed to meaningfully address why

Ackelsberg's testimony was stricken. A2134. The District Court affirmed and, like the Magistrate, also refused to address Ackelsberg's testimony. A19.

In Reyes v. Netdeposit, LLC, No. 14-1228, 2015 WL 5131287 (3d Cir. 9/2/15), quoting In re Hydrogen Peroxide Antitrust Litig., 552 F.3d 305, 307 (3d Cir. 2008), this Court held: "'[T]he court's obligation to consider all relevant evidence and arguments extends to expert testimony, whether offered by a party seeking class certification or by a party opposing it.'"

It is also recognized that, "the District Court is not free to simply ignore such testimony without explaining why it is rejecting it. That is the antithesis of the thorough and rigorous inquiry that the law demands at the certification stage." Reyes, *20 fn.18. Respectfully, these maxims were not adhered to by the District Court.

Ackelsberg's testimony is relevant to Glover's request for further proceedings for certification of a limited class. Glover's Brief, pp.62-67; Reply Brief, pp.27-30. The Magistrate, in striking Ackelsberg's testimony, recognized this fact. A2046, quoted supra.

Respectfully Submitted,

*/s/ Michael P. Malakoff*
MICHAEL P. MALAKOFF, P.C.
Michael P. Malakoff, Esquire
Pennsylvania Attorney I.D. #11048
Ralph N. Feldman, Esquire
Jonathan R. Burns, Esquire
437 Grant Street
Suite 200, the Frick Building
Pittsburgh, PA 15219
Telephone: 412-281-4217
Facsimile: 412-281-3262
malakoff@mpmalakoff.com

*Attorneys for Appellants, Mary E. Glover, individually and on behalf of other similarly situated former and current homeowners in Pennsylvania*

# CERTIFICATE OF SERVICE

I hereby certify that on this **16th** day of **September**, **2015**, true and correct copies of the foregoing **Notice of Supplemental Authority** was timely served upon the following Parties of interest via the Third Circuit's ECF system.

Donna M. Doblick, Esquire
Perry A. Napolitano, Esquire
K. Issac deVyver, Esquire
REED SMITH, LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Thomas E. Birsic, Esquire
K&L GATES, LLP
210 Sixth Avenue
Pittsburgh, PA 15222

Ryan M. Tosi, Esquire
K&L GATES, LLP
State Street Financial Center, One Lincoln Street
Boston, MA 02111

Jonathan J. Bart, Esquire
WILENTZ GOLDMAN & SPITZER, PA
Two Penn Center
Suite 910
Philadelphia, PA 19102

MICHAEL P. MALAKOFF, P.C.

*/s/ Michael P. Malakoff*
Michael P. Malakoff, Esquire